# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANVEER HANS,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPT. OF STATE HOSPITALS, COALINGA,<br><br>    Defendants. | Case No. 24-cv-01214-JLT-SAB<br><br>ORDER DENYING PLAINTIFF'S MOTION TO PARTICIPATE IN ELECTRONIC FILING<br><br>(ECF No. 2) |

Plaintiff Tanveer Hans ("Plaintiff"), proceeding pro se and having paid the filing fee, initiated this action on October 8, 2024. (ECF No. 1.) Plaintiff concurrently filed a motion to participate in electronic filing. (ECF No. 2.)

Pursuant to the Local Rules, a pro se party must file and serve paper documents. L.R. 133(a). Persons appearing pro se are specifically prohibited from utilizing electronic filing "except with the permission of the assigned Judge or Magistrate Judge." L.R. 133(b)(2). A pro se party may request an exception to the paper filing requirement from the Court by filing a stipulation of the parties, or "if a stipulation cannot be had, [a] written motion[] setting out an explanation of reasons for the exception." L.R. 133(b)(3). A motion requesting electronic filing by a person appearing pro se must set out an explanation of reasons for the exception. L.R. 133(b)(3). It is within the Court's discretion to grant or deny such a request. Reddy v. Precyse Solutions LLC, 1:12–CV–2061 AWI SAB, 2013 WL 2603413, at *3 (E.D. Cal. June 11, 2013).

1 | Plaintiff's motion provides that Plaintiff consents to the Court and opposing counsel
2 | using his email address; acknowledges he will no longer receive hard copies of filings; states his
3 | understanding that he "must complete the Court's required training class on electronic filing for
4 | pro se litigants"; and certifies he can comply with various equipment, internet, and software
5 | requirements. (ECF No. 2.) Plaintiff does not otherwise set out an explanation of reasons for an
6 | exception to the paper filing requirement. L.R. 133(b)(3). Upon review of the pleadings in this
7 | action and the instant request, the Court does not find that Plaintiff's request currently warrants
8 | an exception to Local Rule 133(a). Accordingly, Plaintiff's request for permission to use the
9 | electronic case filing system shall be denied without prejudice.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to participate in electronic filing (ECF No. 2) is DENIED without prejudice.

IT IS SO ORDERED.

Dated:  **October 9, 2024**

UNITED STATES MAGISTRATE JUDGE