UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANVEER HANS,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPT. OF STATE HOSPITALS, COALINGA,<br><br>        Defendants. | Case No.: 1:24-cv-01214 JLT SAB<br><br>ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANT'S MOTION TO DISMISS, DISMISSING THE COMPLAINT WITHOUT LEAVE TO AMEND, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Docs. 9, 15) |

        Tanveer Hans sought to hold the Department of State Hospitals, Coalinga, liable for violations of Title VII. (Doc. 1.) Defendant moved to dismiss the action pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure, asserting the Court lacked jurisdiction, Plaintiff's claim was barred by the doctrine of res judicata, and the complaint was untimely. (Doc. 9.) Plaintiff did not oppose the motion.

        The magistrate judge found Plaintiff's claim was previously adjudicated by the state Court, and the doctrine of res judicata precluded Plaintiff from raising his claim before this Court. (*Id.* at 7-10.) The magistrate judge also found Plaintiff's claim was untimely, because "[a]n action brought under Title VII must be filed within 90 days of receipt of a right to sue letter from the EEOC or appropriate state agency," and Plaintiff filed this action more than three years after receiving his right to sue letter. (*Id.* at 11.) The magistrate judge determined the identified deficiencies could not be cured by

amendment, and recommended the Court grant the motion to dismiss, without leave to amend.  (*Id.* at 11-12.)

The Court served the Findings and Recommendations on the parties and notified Plaintiff that any objections were due within 14 days.  (Doc. 15 at 12.)  The Court advised the parties that the "failure to file objections within the specified time may result in the waiver of rights on appeal."  (*Id.* at 13, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated July 29, 2025 (Doc. 15) are **ADOPTED**.
2. Defendant's motion to dismiss (Doc. 9) is **GRANTED**.
3. Plaintiff's complaint is **DISMISSED** without leave to amend.
4. The Clerk of Court is directed to enter judgment in favor of Defendant and against Plaintiff, and to close this case.

IT IS SO ORDERED.

Dated:   **August 19, 2025**

UNITED STATES DISTRICT JUDGE